

| | |
|---|---|
| | 140 BROADWAY   SUITE 3100 |
| | NEW YORK, NY 10005-1101 |
| | 212.973.8000   FAX 212.972.8798   schnader.com |

Theodore L. Hecht
Direct Dial 212-973-8160
Direct Fax  212-972-8798
E-mail: thecht@schnader.com

November 30, 2015

**VIA FAX - (212) 805-7927 AND ECF**

Hon. Naomi Reice Buchwald
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:  *Imbruce, et al., v. American Arbitration Association, Inc.*
            **Docket No.:  15-cv-7508 (NRB)**

Dear Judge Buchwald:

    I represent defendant American Arbitration Association, Inc.  Pursuant to the Court's October 28, 2015 Order, the parties propose the following briefing schedule for defendant's motion to dismiss:

    December 11, 2015 – Defendant shall file and serve through ECF its motion to dismiss;

    January 11, 2016 – Plaintiffs shall file and serve their opposition through ECF;

    January 22, 2016 – Defendant shall file and serve its reply through ECF.

                Respectfully,

                Theodore L. Hecht
          For SCHNADER HARRISON SEGAL & LEWIS LLP

TLH:dm
cc:  Richard S. Gora, Esq. (via ECF)